IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**WEBBIE JACKSON, as next kin on behalf**     **PLAINTIFF**
**of RYAN FEDELL MADDOX, Deceased**

**v.**     **CIVIL ACTION NO. 3:14-CV-599-CWR-FKB**

**JOHN DOE, et al**     **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION

The above-styled matter is before the Court on the Report and Recommendations of Magistrate Judge Linda R. Anderson. Docket No. 4. On August 13, 2014, Judge Anderson recommended that Plaintiff's motion to proceed *in forma pauperis* be denied, and pursuant to Rule 72(a)(3) of the *Local Uniform Civil Rules of the United States District Courts for the Northern District of Mississippi and the Southern District of Mississippi*, advised the parties that objections, if any, must be filed within 14 days of being served with a copy of the Report and Recommendation. Docket No. 4. That period has expired, and neither party has voiced any objection.

The findings of fact and conclusions of law contained within the Report and Recommendations are, therefore, adopted fully herein by reference, and the Plaintiff's motion is hereby DENIED.

**SO ORDERED**, this the 8th day of October, 2014.

                                               s/ Carlton W. Reeves
                                               UNITED STATES DISTRICT JUDGE